IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 05-3243 |
| SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN, | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COME Defendants, DENNIS COOPER, SALVADOR GODINEZ, SANDI IVEMEYER, MICHAEL RUMMAN, JONI STAHLMAN, RANDALL TAYLOR, and ROGER WALKER, JR., by their attorney, Lisa Madigan, Attorney General of the State of Illinois, and respectfully move this Court for an enlargement of time of seven days, up to and including December 9, 2005, within which to file their Answer, or other responsive pleading, to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

1. Defendants' response to the Plaintiff's Complaint is due on December 2, 2005.

2. The undersigned attorney who is assigned to represent the Defendants in this particular file, was also delegated on this date, December 2, 2005, with the duty to handle an emergency Temporary Restraining Order case, which must be researched and prepared for a personal appearance on Monday, December, 5, 2005, in the First Judicial Circuit, Pulaski County, Illinois; no case number has been assigned to the case as of this date.

3. Defendants' counsel believes that seven more days should be sufficient to allow her to fully complete Defendants' Answer, or other responsive pleading, to the Plaintiff's Complaint.

4. This motion is made in good faith and is not made for purposes of undue delay.

5. The undersigned has contacted the Plaintiff's attorney, who has no objection to this short delay.

WHEREFORE, Defendants request that this Court grant their Motion for Enlargement of Time of seven days, up to and including December 9, 2005, within which to file their Answer or other responsive pleading.

> Respectfully submitted,
>
> SANDI IVEMEYER, JONI STAHLMAN,
> PAM JURKOSHEK, ROGER WALKER, JR.,
> SALVADOR GODINEZ, DENNIS COOPER,
> RANDALL TAYLOR, and MICHAEL RUMMAN,
>
>     Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>
>     Attorney for Defendants,
>
>   s/ Ericka Sanders
> Ericka Sanders, Attorney Bar #6256622
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL   62706
> Phone: (217) 782-9056
> Fax: (217) 782-8767

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KEVIN DOWNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-3243 |
| | ) | |
| SANDI IVEMEYER, JONI STAHLMAN, | ) | |
| PAM JURKOSHEK, ROGER WALKER, JR., | ) | |
| SALVADOR GODINEZ, DENNIS COOPER, | ) | |
| RANDALL TAYLOR, and MICHAEL RUMMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2005, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

John Kerley at LawyerJohn@aol.com

Respectfully submitted,

s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us