E-FILED
Friday, 02 December, 2005  04:24:27 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KEVIN DOWNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-3243 |
| | ) | |
| SANDI IVEMEYER, JONI STAHLMAN, | ) | |
| PAM JURKOSHEK, ROGER WALKER, JR., | ) | |
| SALVADOR GODINEZ, DENNIS COOPER, | ) | |
| RANDALL TAYLOR, and MICHAEL RUMMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

THIS CAUSE comes before the Court on the Defendants' Motion for Enlargement of Time of seven days, up to and including December 9, 2005, within which to file their Answer, or other responsive pleading in this case, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Defendants' Motion is GRANTED, and Defendants are granted an enlargement of time of seven days, up to and including December 9, 2005, within which to file their Answer, or other responsive pleading, to Plaintiff's Complaint.

DATE:_____        JUDGE: _____

**THE DATE STAMPED HERETO IS THE FILING DATE FOR THIS ORDER.**