E-FILED
Friday, 09 December, 2005  04:18:36 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KEVIN DOWNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-3243 |
| | ) | |
| SANDI IVEMEYER, JONI STAHLMAN, | ) | |
| PAM JURKOSHEK, ROGER WALKER, JR., | ) | |
| SALVADOR GODINEZ, DENNIS COOPER, | ) | |
| RANDALL TAYLOR, and MICHAEL RUMMAN, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS
### COUNTS II AND COUNT III OF PLAINTIFF'S COMPLAINT

NOW COME Defendants, DENNIS COOPER, SALVADOR GODINEZ, SANDI IVEMEYER, MICHAEL RUMMAN, JONI STAHLMAN, RANDALL TAYLOR, and ROGER WALKER, JR., by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court to dismiss Counts II and III of Plaintiff's Complaint. In support thereof, it is stated:

1.  On September 8, 2005, Plaintiff filed a three-count complaint pursuant to 42 U.S.C. 1983 and 42 U.S.C. 1988. Plaintiff claims that Defendants wrongfully failed to place him in a paralegal position for which he applied, and for which he had a reasonable expectation of being placed, in violation of his First Amendment right of freedom of association and his 14th Amendment right of due process. Plaintiff further alleges that Defendants denied him the paralegal position in retaliation for Plaintiff's act of filing a federal law suit against an employee of the Department of Corrections in January of 2005.

2. Plaintiff's complaint should be dismissed because, according to the allegations contained therein, he has an adequate remedy in state court.

3. To the extent that Plaintiff seeks injunctive relief for alleged violations for which there is a remedy in state court, these claims are barred by the 11th Amendment to the United States Constitution.

4. Plaintiff's prior lawsuit is not protected speech because it does not constitute a matter of public concern. Thus, Plaintiff failed to state a cause of action for retaliation for the exercise of his rights under the First Amendment.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Court dismiss Counts II and III of Plaintiff's complaint.

Respectfully submitted,

SANDI IVEMEYER, JONI STAHLMAN,
PAM JURKOSHEK, ROGER WALKER, JR.,
SALVADOR GODINEZ, DENNIS COOPER,
RANDALL TAYLOR, and MICHAEL RUMMAN,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

  s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| KEVIN DOWNEY, | ) |
| Plaintiff, | ) |
| -vs- | )  No. 05-3243 |
| SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2005, I electronically filed Defendants' Motion to Dismiss Counts II and III of Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

John Kerley at LawyerJohn@aol.com

Respectfully submitted,

  s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us