**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| KEVIN DOWNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-3243 |
| ) | |
| SANDI IVEMEYER, JONI STAHLMAN, ) | |
| PAM JURKOSHEK, ROGER WALKER, JR., ) | |
| SALVADOR GODINEZ, DENNIS COOPER, ) | |
| RANDALL TAYLOR, and MICHAEL RUMMAN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
AMENDED ANSWER TO COUNT I OF PLAINTIFF'S COMPLAINT**

Now come Defendants, DENNIS COOPER, SALVADOR GODINEZ, SANDI IVEMEYER, MICHAEL RUMMAN, JONI STAHLMAN, RANDALL TAYLOR, and ROGER WALKER, JR., by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and respectfully move this Court for leave to amend their Answer to Count I of Plaintiff's Complaint, stating as follows:

1.   Defendants filed their Answer to Count I of Plaintiff's Complaint on December 9, 2005.

2.   In that Answer, Defendants inadvertently omitted answering the numbered paragraphs which comprised Count I of Plaintiff's Complaint.

3.   Defendants were alerted to the fact of the missing Count I answers by opposing counsel, who has no objection to the amendment of Defendants' Answer.

4.   Defendants attach as an exhibit hereto their proposed Amended Answer to Count I of Plaintiff's Complaint

1

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to File Defendants' Amended Answer to Count I of Plaintiff's Complaint.

Respectfully submitted,

SANDI IVEMEYER, JONI STAHLMAN,
PAM JURKOSHEK, ROGER WALKER, JR.,
SALVADOR GODINEZ, DENNIS COOPER,
RANDALL TAYLOR, and MICHAEL RUMMAN,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

  s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KEVIN DOWNEY, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. 05-3243 |
| SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN, | ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, I electronically filed Defendants' Motion for Leave to File Amended Answer to Count I of Plaintiff's Complaint, with Affirmative Defenses, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

John Kerley at LawyerJohn@aol.com

Respectfully submitted,

  s/ Ericka Sanders
Ericka Sanders, Attorney Bar #6256622
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: esanders@atg.state.il.us