IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN,<br><br>    Defendants. | No.: 05-3243 |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Now comes Plaintiff, Kevin Downey, by his attorney, John E. Kerley of Kerley & Associates, P.C., and for his Agreed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Counts II and III of Plaintiff's Complaint, and in support thereof states as follows:

1.     On December 9, 2005 Defendants Cooper, Godinez, Ivemeyer, Rumman, Stahlman, Taylor, and Walker filed a Rule 12(b)(6) Motion to Dismiss Counts II and III of Plaintiff's Complaint. A response to the Motion is due December 23, 2005.

2.     Plaintiff's counsel will not be able to meet the deadline of December 23, 2005 due to several legitimate reasons. Some of those include the fact that Plaintiff's counsel has a serious illness which has required recent surgery and treatment with additional surgery scheduled. Further, Plaintiff's counsel has two Briefs due in the Seventh Circuit Court of Appeals on December 30, 2005. Those cases are *Allen v. Martin*, Case Number 05-2026 and *Moss v. Martin*, Case Number

05-3689.

    3.    Pursuant to Local Rule, Plaintiff's counsel has spoken with defense attorney Ericka Sanders regarding this Request for Extension of Time. Ms. Sanders has advised she has no objection.

WHEREFORE, Plaintiff, Kevin Downey, prays for an extension of time to respond to Defendants' Motion to Dismiss Counts II and III of his Complaint up to and including January 20, 2006.

                        Kevin Downey, Plaintiff


                        By:   /s/ John E. Kerley
                              John E. Kerley, his attorney

Kerley & Associates, P.C.
John E. Kerley
Reg. #06201458
2131 W. White Oaks Dr., Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax: (217) 726-0006

**PROOF OF SERVICE**

      I hereby certify that on December 23, 2005, I electronically filed the foregoing Plaintiff's Agreed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Counts II and III of Plaintiff's Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    esanders@atg.state.il.us

Respectfully submitted

/s/ John E. Kerley
John E. Kerley, Attorney for Plaintiff
John E. Kerley
Kerley & Associates, P.C.
Reg. #6201458
2131 West White Oaks Drive, Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax:  (217) 726-0006
LawyerJohn@aol.com