E-FILED
Friday, 24 February, 2006  03:25:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY,<br><br>        Plaintiff,<br><br>        v.<br><br>SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN,<br><br>        Defendants. | No.: 05-3243 |

**PLAINTIFF'S  MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS ON DEFENDANT PAM JURKOSHEK**

Now comes Plaintiff, Kevin Downey, by his attorney, John E. Kerley of Kerley & Associates, P.C., and for his Motion for Extension of Time to complete service of process as to Defendant Pam Jurkoshek pursuant to FRCP 4(m), and in support thereof states as follows:

1.     Plaintiff filed his complaint on September 9, 2005.

2.     On October 3, 2005 plaintiff's attorney mailed a waiver of service and a copy of the complaint to defendant Jurkoshek at her last known address.  Plaintiff's attorney was later notified that this mail was not delivered by the US post office with reason given that there was no such address.

3.     Subsequently, plaintiff's counsel spoke with attorney Dennis Weedman on two occasions regarding his possible representation of Ms. Jurkoshek in this matter.  The most recent discussion with Mr. Weedman was on Thursday, February 23, 2006.  As a result of those discussions

a copy of the complaint and waiver have been sent to Mr. Weedman. He advised he would speak with Ms. Jurkoshek regarding the waiver and let plaintiff's counsel know if the waiver would be signed and whether he would represent Ms. Jurkoshek. Plaintiff's counsel expects to have a response within seven to ten days.

4.  As a result of the efforts of plaintiff's counsel and based on the discussions with attorney Weedman plaintiff has good cause for an extension to March 22, 2006 to complete service of process on Ms. Jurkoshek either by waiver or personal service.

WHEREFORE, Plaintiff, Kevin Downey, prays for an extension of time to March 22, 2006 to effect service of process on defendant Jurkoshek.

Kevin Downey, Plaintiff


By:  /s/ John E. Kerley
John E. Kerley, his attorney

Kerley & Associates, P.C.
John E. Kerley
Reg. #06201458
2131 W. White Oaks Dr., Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax:  (217) 726-0006

**PROOF OF SERVICE**

      I hereby certify that on February 24, 2006, I electronically filed the foregoing Plaintiff's Motion for Extension of Time to Complete Service of Process on Defendant Pan Jurkoshek with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    esanders@atg.state.il.us

                      Respectfully submitted

                      /s/ John E. Kerley
                      John E. Kerley, Attorney for Plaintiff
                      John E. Kerley
                      Kerley & Associates, P.C.
                      Reg. #6201458
                      2131 West White Oaks Drive, Suite B-2
                      Springfield, Illinois 62704
                      Tele: (217) 698-0007
                      Fax: (217) 726-0006
                      LawyerJohn@aol.com