E-FILED
Thursday, 20 April, 2006  10:48:46 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) No. 05-3243 |
| | ) |
| SANDI IVEMEYER, JONI STAHLMAN | ) |
| PAM JURKOSHEK, ROGER WALKER, | ) |
| JR., SALVADOR GODINEZ, DENNIS | ) |
| COOPER, RANDALL TAYLOR and | ) |
| MICHAEL RUMMAN, | ) |
| | ) |
| DEFENDANT. | ) |

## ENTRY OF APPEARANCE

NOW COMES Dennis L. Weedman of ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, Ltd., and hereby enters his appearance as one of the attorneys for Defendant Pam Jurkoshek in the above-entitled cause.

Respectfully submitted,

/s/ Dennis Weedman
Dennis Weedman, Attorney Bar #6217020
Attorney for Defendant, Pam Jurkoshek
132 South Water St., Suite 420
Decatur, Illinois 62523
Phone: 217/428-2100
Fax: 217/428-2186
E-Mail: dweedman@rsnlt.com