IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **KEVIN DOWNEY,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | No. 05-3243 |
| ) | |
| **SANDI IVEMEYER, JONI STAHLMAN** ) | |
| **PAM JURKOSHEK, ROGER WALKER,** ) | |
| **JR., SALVADOR GODINEZ, DENNIS** ) | |
| **COOPER, RANDALL TAYLOR and** ) | |
| **MICHAEL RUMMAN,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## MOTION FOR EXTENSION OF TIME

NOW COMES the Defendant, PAM JURKOSHEK, by Dennis L. Weedman of ROBBINS, SCHWARTZ, NICHOLAS, LIFTON & TAYLOR, LTD., and pursuant to the provisions of Fed. R. Civ. P. 7(b) and Local Rule 6.1 moves that she be granted an extension of time to file her responsive pleading, and in support thereof states as follows:

1. That Defendant was not served with a copy of Plaintiff's Complaint and Summons in this case until February 23, 2006.

2. That Defendant voluntarily accepted service thereby giving her until approximately April 24, 2006 to file her responsive pleading.

3. That the undersigned counsel received verbal notice of his appointment of counsel in this case from the insurance company defending this claim as against Defendant Jurkoshek on Thursday, April 13, 2006. The undersigned counsel is still awaiting written confirmation of his appointment.

4. Due to a pre-scheduled collective bargaining session for April 18, 2006 in

Springfield, Illinois, a hearing in Champaign County Circuit Court on April 20, 2006, a hearing on before the Illinois Educational Labor Relations Board in Springfield, Illinois on April 21, 2006 and a hearing in Macon County Circuit Court on April 24, 2006, the undersigned counsel for Defendant will not have adequate time to prepare a proper responsive pleading in this case.

5. The Defendant would respectfully request until May 8, 2006, a fourteen (14) day extension, in which to file her responsive pleading in this case.

6. That counsel for Defendant has not previously requested an extension of time in this case.

7. That counsel for Plaintiff has stated that he has no objection to this motion.

Respectfully submitted,

/s/ Dennis Weedman
Dennis Weedman, Attorney Bar #6217020
Attorney for Defendant, Pam Jurkoshek
132 South Water St., Suite 420
Decatur, Illinois 62523
Phone: 217/428-2100
Fax: 217/428-2186
E-Mail: dweedman@rsnlt.com