```
         IN THE UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
               SPRINGFIELD DIVISION
```

KEVIN DOWNEY,                        )
                                     )
        Plaintiff,              )
                                     )
 vs.                                 )     NO.  05-3243
                                     )
SANDI IVEMEYER, JONI STAHLMAN,       )
PAM JURKOSHEK, ROGER WALKER,         )
JR., SALVADOR GODINEZ, DENNIS        )
COOPER, RANDALL TAYLOR and           )
MICHAEL RUMMAN,                      )
                                     )
        Defendants.             )

### CERTIFICATE OF SERVICE

     I hereby certify that on April 20, 2006, I electronically filed on behalf of the Defendant, Pam Jurkoshek, an Entry of Appearance and Motion For Extension Of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

    John Kerley at LawyerJohn@aol.com
    Ericka Sanders at esanders@atg.state.il.us

                            Respectfully submitted,

                             /s/ Dennis L. Weedman
                          Dennis Weedman, Attorney Bar #6217020
                          Attorney for Defendant, Pam Jurkoshek
                          132 South Water St., Suite 420
                          Decatur, Illinois 62523
                          Phone: 217/428-2100
                          Fax: 217/428-2186
                          E-Mail: dweedman@rsnlt.com