E-FILED
Friday, 21 July, 2006  03:44:40 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KEVIN DOWNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-3243 |
| | ) | |
| SANDI IVEMEYER, JONI STAHLMAN, | ) | |
| PAM JURKOSHEK, ROGER WALKER, JR., | ) | |
| SALVADOR GODINEZ, DENNIS COOPER, | ) | |
| RANDALL TAYLOR, and MICHAEL RUMMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

Now come the defendants, DENNIS COOPER, SALVADOR GODINEZ, SANDI IVEMEYER, MICHAEL RUMMAN, JONI STAHLMAN, RANDALL TAYLOR, and ROGER WALKER, JR., by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1. Ericka Sanders, the defendants' attorney of record in this matter, is no longer with the Office of the Attorney General.

2. Assistant Attorney General Carrie L. Kinsella is now assigned to represent the defendants in this matter.

3. It is requested that Ericka Sanders be removed as counsel for defendants.

Wherefore, for the above and foregoing reasons, defendants respectfully request this Court allow the substitution of Assistant Attorney General Carrie L. Kinsella for Ericka Sanders and that Ericka Sanders be removed as counsel for defendants in this matter.

Respectfully submitted,

SANDI IVEMEYER, JONI STAHLMAN,
PAM JURKOSHEK, ROGER WALKER, JR.,
SALVADOR GODINEZ, DENNIS COOPER,
RANDALL TAYLOR, and MICHAEL RUMMAN,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

 s/Carrie L. Kinsella
Carrie L. Kinsella, #6283318
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY, | ) |
|        Plaintiff, | ) |
| -vs- | ) No. 05-3243 |
| SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN, | ) |
|        Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006, I electronically filed a Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

John Kerley
LawyerJohn@aol.com

and I hereby certify that on July 21, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

/s/Carrie L. Kinsella
Carrie L. Kinsella, #6283318
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
ckinsella@atg.state.il.us