E-FILED
Tuesday, 22 August, 2006  03:58:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 05-3243 |
| SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN, | ) ) ) ) ) |
| Defendants. | ) |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff Kevin Downey being represented by his counsel, John E. Kerley of Kerley & Associates, P.C., and Defendants Dennis Cooper, Salvador Godinez, Sandi Ivemeyer, Michael Rumman, Joni Stahlman, Randall Taylor, and Roger Walker, Jr. being represented by their counsel, Assistant Attorney General Carrie Kinsella, met on August 14, 2006, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon:

1. The deadline for amendment of pleadings is November 15, 2006.

2. The deadline for joining additional parties is November 15, 2006.

3. Plaintiff shall disclose experts and provide expert reports by December 31, 2006. Plaintiff shall make any such experts available for deposition by February 28, 2007.

4. Defendant shall disclose experts and provide expert reports by April 15, 2007. Defendant shall make any such experts available for deposition by May 30, 2007.

5. All discovery, including deposition of experts, is to be completed by August 15, 2007.

6. The deadline for filing case dispositive motions shall be September 30, 2007.

| | |
|---|---|
| Kevin Downey, Plaintiff, | Dennis Cooper, Salvador Godinez, Sandi Ivemeyer, Michael Rumman, Joni Stahlman, Randall Taylor, and Roger Walker, Jr., Defendants, |
| By:  s/John E. Kerley (with consent)<br>Kerley & Associates, P.C.<br>Reg. #06201458<br>2131 West White Oaks Drive<br>Suite B-2<br>Springfield, Illinois 62704<br>Phone: 217-698-0007<br>Fax: 217-726-0006 | By:  s/Carrie L. Kinsella<br>Assistant Attorney General<br>Reg. #06283318<br>500 South Second Street<br>Springfield, Illinois 62706<br>Phone: 217-782-9059<br>Fax: 217-782-8767 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| KEVIN DOWNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 05-3243 |
| | ) |
| SANDI IVEMEYER, JONI STAHLMAN, | ) |
| PAM JURKOSHEK, ROGER WALKER, JR., | ) |
| SALVADOR GODINEZ, DENNIS COOPER, | ) |
| RANDALL TAYLOR, and MICHAEL RUMMAN, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2006, I electronically filed the Report of Rule 26(f) Planning Meeting with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

John Kerley at lawyerjohn@aol.com

Respectfully submitted,

s/Carrie L. Kinsella
Carrie L. Kinsella, Attorney Bar #6283318
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9059
Fax: (217) 782 -8767
E-Mail: ckinsella@atg.state.il.us