IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KEVIN DOWNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 05-3243 |
| | ) | |
| SANDI IVEMEYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on August 29, 2006, with Attorneys John Kerley and Carrie L. Kinsella.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after November 15, 2006..

2. June 15, 2007, to complete all discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before June 15, 2007.

3. July 16, 2007, to file dispositive motions.
   No dispositive motions filed after July 16, 2007, will be considered by the Court.

4. November 5, 2007, at 9:30 a.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. November 6, 2007, at 9:00 a.m. for trial on the trailing trial calendar.

      6.    <u>January 2, 2007</u>, for all parties to identify testifying experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED: August 29, 2006.

COPIES SENT TO: All attorneys of record.

                                                s/Charles H. Evans
                                                CHARLES H. EVANS
                                          United States Magistrate Judge