IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　　　v.<br><br>SANDI IVEMEYER, JONI STAHLMAN, PAM JURKOSHEK, ROGER WALKER, JR., SALVADOR GODINEZ, DENNIS COOPER, RANDALL TAYLOR, and MICHAEL RUMMAN,<br><br>　　　　　　Defendants. | No.: 05-3243 |

### PLAINTIFF'S AGREED MOTION TO RESET THE REMAINING DATES OF THE COURT'S SCHEDULING ORDER

Plaintiff, Kevin Downey, by his undersigned counsel, respectfully requests that this Honorable Court reset the remaining dates in the Scheduling Order by continuing each of them for ninety days. In support of this Motion, Plaintiff states:

1.　This is an action brought by a state employee alleging that adverse employment action was taken for improper political reasons. Defendants deny they are liable to the Plaintiff.

2.　The remaining dates in the Court's Scheduling Order are:

　　a)　Plaintiff to identify testifying experts and provide Rule 26 reports due January 2, 2007;

　　b)　Discovery due June 15, 2007;

　　c)　Dispositive Motions due on July 16, 2007;

　　d)　Motions in Limine due November 5, 2007;

      d)      Final pre-trail on November 5, 2007; and

      e)      Jury trial on November 6, 2007.

3. Plaintiff seeks a ninety day extension for each of the remaining dates in the Scheduling Order due to the fact that Plaintiff's counsel has been diagnosed with a recurring medical condition that requires surgery and treatment that will likely occur over the next sixty to ninety days.

4. Pursuant to Local Rule Plaintiff's counsel has spoken with defense counsel regarding this request for extension of time. Defense counsel has no objection to this Motion.

Wherefore, Plaintiff, Kevin Downey, by his undersigned counsel, respectfully requests that this Honorable Court reset the remaining dates in its Scheduling Order by continuing each of them for ninety days and that the Court grant such further relief as it deems proper.

                                        Kevin Downey, Plaintiff

                                        By:    /s/ John E. Kerley
                                                John E. Kerley, his attorney

Kerley & Associates, P.C.
John E. Kerley
Reg. #06201458
2131 W. White Oaks Dr., Suite B-2
Springfield, Illinois 62704
Tele: (217) 698-0007
Fax: (217) 726-0006

**PROOF OF SERVICE**

      I hereby certify that on December 19, 2006, I electronically filed the foregoing Plaintiff's Agreed Motion to Reset the Remaining Dates of the Court's Scheduling Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      ckinsella@atg.state.il.us

      Respectfully submitted

      /s/ John E. Kerley
      John E. Kerley, Attorney for Plaintiff
      John E. Kerley
      Kerley & Associates, P.C.
      Reg. #6201458
      2131 West White Oaks Drive, Suite B-2
      Springfield, Illinois 62704
      Tele: (217) 698-0007
      Fax: (217) 726-0006
      LawyerJohn@aol.com