IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KEVIN DOWNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-3243 |
| ) | |
| SANDI IVEMEYER, JONI STAHLMAN, ) | |
| PAM JURKOSHEK, ROGER WALKER, JR., ) | |
| SALVADOR GODINEZ, DENNIS COOPER, ) | |
| RANDALL TAYLOR, and MICHAEL RUMMAN,) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Kristin A. Alferink, Assistant Attorney General, State of Illinois, and hereby enters her appearance on behalf of defendants, DENNIS COOPER, SALVADOR GODINEZ, SANDI IVEMEYER, MICHAEL RUMMAN, JONI STAHLMAN, RANDALL TAYLOR, and ROGER WALKER, JR., in the above cause.

Respectfully submitted,

DENNIS COOPER, SALVADOR GODINEZ, SANDI IVEMEYER, MICHAEL RUMMAN, JONI STAHLMAN, RANDALL TAYLOR, and ROGER WALKER, JR.,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

s/Kristin A. Alferink
Kristin A. Alferink, #6275309
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9027
Facsimile: (217) 524-5091
E-Mail: kalferink@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| KEVIN DOWNEY,                                )<br>                                                         )<br>           Plaintiff,                           )<br>                                                         )<br>     -vs-                                           )     No.  05-3243<br>                                                         )<br>SANDI IVEMEYER, JONI STAHLMAN,    )<br>PAM JURKOSHEK, ROGER WALKER, JR., )<br>SALVADOR GODINEZ, DENNIS COOPER,  )<br>RANDALL TAYLOR, and MICHAEL RUMMAN,)<br>                                                         )<br>           Defendants.                       ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John Kerley
LawyerJohn@aol.com

and I hereby certify that on December 21, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

/s/Kristin A. Alferink
Kristin A. Alferink, #6275309
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9027
Facsimile:  (217) 524-5091
kalferink@atg.state.il.us